UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fleming Companies, Inc.,

Plaintiff,

vs.

Andrew Realty Corporation, and G.G, Seeger Square 1996 Limited Partnership,

Defendant.

00-
Case No. CV-1276 (ADM/AJB)

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER, OR OTHERWISE PLEAD**

---

**STIPULATION**

WHEREAS this matter was commenced by service on Defendants on or about May 23, 2000; and;

WHEREAS Defendant Andrew Realty Corporation requested an extension of the time to answer or otherwise plead; and

WHEREAS the time to respond set forth in the Federal Rules of Civil Procedure may be modified by stipulation and/or order; and

WHEREAS, Plaintiff Fleming Companies, Inc., and Defendant Andrew Realty Corporation, through their counsel, have agreed to extend the time within which Defendant is required to respond or otherwise plead until on or before June 22, 2000,

**IT IS HEREBY STIPULATED AND AGREED** that Defendant Andrew Realty Corporation shall have and is hereby granted an extension to answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 until on or before June 22, 2000.

FILED JUN 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

GARTNER, BENNETT & SCHUPP, PA

By________________________________
Ludwig B. Gartner, Jr.
Eric Hageman
Attorney for Defendant Andrew Realty Corporation
One Financial Plaza, Suite 2200
120 South 6th Street
Minneapolis, MN 55402-1824
(612) 333-3839

DATED: June 22nd, 2000.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Caroline E. Ostrom
Steven Kluz, Sr. (56765)
Caroline E. Ostrom (278476)
Attorneys for Plaintiff Fleming Companies, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7916

DATED: June 19, 2000

**ORDER**

Based upon the above stipulation, the files, records, and proceedings herein, and Fed. R. Civ. P. 81, **IT IS HEREBY ORDERED** that:

Defendant Andrew Realty Corporation shall answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 on or before June 22, 2000.

DATED: 6/26, 2000

________________________________
MAGISTRATE JUDGE OF DISTRICT COURT