UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleming Companies, Inc.,

Plaintiff,

Case No. 00-CV-1276 (ADM/AJB)

v.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

Andrew Realty Corporation, and G.G. Seeger Square 1996 Limited Partnership,

Defendants.

---

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed without prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED by the parties that this Stipulation may be executed in multiple counterparts, each of which will be deemed an original.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal without prejudice and on the merits to be entered herein.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Steven Kluz, Sr. (56765)
Caroline E. Ostrom (278476)
Attorneys for Plaintiff Fleming Companies, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951

DATED: May 3, 2001

577474-1

JUN 06 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D JUN 06 2001
DEPUTY CLERK ____

GARTNER, BENNETT & SCHUPP, PC

By______________________________

Eric Hageman (258180)
Ludwig B. Gartner, Jr. (33649)
Attorneys for Defendant Andrew Realty Corp.
120 South Sixth Street
Suite 2000
Minneapolis, Minnesota 55402-1824
(612) 333-3839

DATED: May 8, 2001

FAEGRE & BENSON, LLP

By______________________________

John H. Hinderaker (45305)
Caryn A. Kauffman (277344)
Attorneys for Defendant Seeger Square 1996 Limited Partnership
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

DATED: ________________, 2001

GARTNER, BENNETT & SCHUPP, PC

By________________________________________
Eric Hageman (258180)
Ludwig B. Gartner, Jr. (33649)
Attorneys for Defendant Andrew Realty Corp.
120 South Sixth Street
Suite 2000
Minneapolis, Minnesota 55402-1824
(612) 333-3839

DATED: ________________, 2001

FAEGRE & BENSON, LLP

By________________________________________
John H. Hinderaker (45305)
Caryn A. Kauffman (277344)
Attorneys for Defendant Seeger Square 1996 Limited Partnership
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

DATED: 5/28, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed without prejudice and without cost to any party and judgment may be entered accordingly.

BY THE COURT:

DATED: June 6, 2001

Judge of U.S. District Court
ANN D. MONTGOMERY